FILED

2018 FEB 28 PH 3:01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

FABIO LUIS VALDARNINI

CASE NO. 6:18-cr-34-Orl-40TBS
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(a)(2)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 31, 2018, in the Middle District of Florida, the defendant,

**FABIO LUIS VALDARNINI,**

did knowingly, and with intent to defraud, produce, traffic in, have control and custody of, and possess device-making equipment, as defined in 18 U.S.C. § 1029(e)(6), that is, an embossing device and an encoding device, and the offense affected interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(4) and 1029(c)(1)(A)(ii).

## COUNT TWO

On or about January 22, 2018, in the Middle District of Florida, and elsewhere, the defendant,

**FABIO LUIS VALDARNINI,**

did knowingly and with intent to defraud use one or more unauthorized access devices, as defined in 18 U.S.C. § 1029(e)(3), during any one-year period, that is, an American Express credit card number ending in 3006, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, and the offense affected interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C).

2. Upon conviction of a violation of 18 U.S.C. § 1029, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

3. The property to be forfeited includes, but is not limited to, the following: Apple iPhone; HP laptop; embosser; encoder.

4. If any of the property described above, as a result of any act or omission of the defendant:

2

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value;

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1029(c)(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## FABIO LUIS VALDARNINI

## INDICTMENT

Violations:

18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 28th day of February, 2018.

_____
Clerk

Bail  $_____